The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

LARRY JOHNSON JR.,

    Plaintiff,

v.

CHOICE SCREENING, INC.,

    Defendant.

Case No. 2:24-cv-00736-JLR

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO FILE A RESPONSIVE PLEADING**

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Extend Deadline for Defendant to File Responsive Pleading, and the Court having reviewed the Stipulated Motion and for good cause shown:

IT IS SO ORDERED that for good cause shown, the Stipulated Motion for Extension of Time to File Responsive Pleading is GRANTED. Defendant Choice Screening is ordered to file its responsive pleading on or before July 23, 2024.

DATED this  1st  day of  July , 2024

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIP MOT TO EXTEND RESPONSIVE PLEADING DEADLINE- 1
CASE NO. 2:24-CV-00736

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington  98101
206.623.3300

*Presented by:*

*s/ Derek A. Bishop*
Derek A. Bishop, WSBA #39363
debishop@littler.com

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone:   206.623.3300
Facsimile:    206.447.6965

William J. Simmons, PA Bar No. 206860
*Pro hac vice pending*
wsimmons@littler.com
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
Telephone:   267.402.3000
Facsimile:    267.402.3131

Attorneys for Defendant
CHOICE SCREENING, INC.

[PROPOSED] ORDER GRANTING STIP MOT TO
EXTEND RESPONSIVE PLEADING DEADLINE- 2
CASE NO. 2:24-CV-00736

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington  98101
206.623.3300

## CERTIFICATE OF SERVICE

I am a resident of the State of Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101. I hereby certify that on June 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Dawn M. McCraw
CONSUMER ATTORNEYS, PLC
8245 N 85th Way
Scottsdale, AZ 85258
T: (602) 807-1527
F: (718)715-1750
E: dmccraw@consumerattorneys.com

I certify under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct.

Dated: June 28, 2024.

／s/Karen Fiumano Yun
Karen Fiumano Yun
kfiumano@littler.com
**LITTLER MENDELSON, P.C.**

4891-2053-3453.1 / 112503-1007

LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, Pennsylvania
19102.1321
267.402.3000